1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10

11   RYAN SULLIVAN,                      Case No. CV 16-02237-GW (GJS)
12               Petitioner
13        v.                             **JUDGMENT**
14   WARDEN,
15               Respondent.
16

17
18        Pursuant to the Court's Order Denying Request And Dismissing Action Without
19   Prejudice,
20
21        IT IS ADJUDGED THAT the above-captioned action is dismissed without
22   prejudice.
23
24   DATE: April 7, 2016          _____ *George H. Wu* _____
25                                GEORGE H. WU
                                  UNITED STATES DISTRICT JUDGE
26
27
28